Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4269 | **DATE** | 8/11/2008 |
| **CASE TITLE** | Dix vs. Canadian Nat'l Ry. | | |

**DOCKET ENTRY TEXT**

Motion for Leave to Appear Pro Hac Vice [4] is granted.

*/s/ Charles Norgle*

Docketing to mail notices.

U.S. DISTRICT COURT
2008 AUG 12 PM 4:16
FILED

| | Courtroom Deputy Initials: | |
|---|---|---|