

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD DIX<br>        Plaintiff,<br><br>v.<br><br>CANADIAN NATIONAL RY, UNION PACIFIC RR, METRA RR, and the U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, an agency of the United States of America<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)  08CV4269<br>)  JUDGE NORGLE<br>)  MAGISTRATE JUDGE VALDEZ<br>)<br>)<br>)<br>)<br>) |

FILED
Aug 20 2008
AUG 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTICE OF MOTION

TO: Michael O. Vates
MacCabe & McGuire
77 West Wacker Drive, Suite 3333
Chicago, Illinois 60601

Mona Papillon
Attorneys for US EEOC
1801 L Street, N.W.
Washington D.C. 20507

Daniel R. LaFave
Union Pacific Railroad Company
101 North Wacker Drive, Room 1920
Chicago, IL 60606

    PLEASE TAKE NOTICE that on Friday, August 29, 2008 at 9:30 a.m., or as soon thereafter as counsel my be heard, Plaintiff, Gerald Dix, will appear before Judge Norgle in the courtroom usually occupied by him and then and there present the attached Motion to Remand, a copy of which is hereby served upon you

Respectfully submitted,

*Gerald Dix*
Gerald Dix, pro se

Gerald Dix, pro se
9432 S Massasoit
Oak Lawn, IL 60453
(708) 423-3946
gdix3@hotmail.com