L-23918                                                                                                   Atty. No. 03122391

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GERALD DIX, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 4269 |
| | ) | |
| v. | ) | Judge Charles R. Norgle, Sr. |
| | ) | |
| CANADIAN NATIONAL RAILWAY, | ) | Magistrate Judge Valdez |
| UNION PACIFIC RAILROAD, METRA | ) | |
| RAILROAD, EQUAL EMPLOYMENT | ) | |
| OPPORTUNITY COMMISSION, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   See attached Certificate of Service and Service List

On **August 29, 2008**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle, in Room 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the enclosed **MOTION TO ENLARGE TIME TO ANSWER OR OTHERWISE PLEAD**, at which time you may appear.

                                                                    s/ Daniel R. LaFave
                                                                    Daniel R. LaFave
                                                                    Attorney for defendant


Daniel R. LaFave, #03122391
Attorney for defendant
Union Pacific Railroad Company
101 North Wacker Drive, Suite 1920
Chicago, IL  60606
Tel: 312/777-2046


G:\LAW\LITIGATE\L23918\004.doc

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the above and foregoing instrument was properly forwarded to all counsel of record as listed below by:

  **\*\***    United States Mail, postage prepaid and sealed;

\_\_\_\_\_    United States Certified Mail, postage prepaid and return receipt requested;

\_\_\_\_\_    Hand Delivery;

\_\_\_\_\_    UPS / Next Day Air;

\_\_\_\_\_    Facsimile Transmission;

  **\***    Local Rule 5.9 Electronic Filing (U.S.D.C., ND IL); and/or

\_\_\_\_\_    Email.

on this   22nd   day of   August  , 2008.

**See attached Service List** with designations of method of service as indicated above (\* or \*\*).

s/ Daniel R. LaFave
Daniel R. LaFave

g:\law\litigate\L23918\004.doc

Dix v. Union Pacific, *et al.*
Court No. 08 C 4269

**SERVICE LIST**

Gerald Dix *[pro se] [via U.S. mail]* **
9432 South Massasoit
Oak Lawn, IL  60453

Michael O. Vates, Esq. *[via U.S. mail ]*  **
MacCabe & McGuire
(Attorneys for Canadian National Ry.)
77 West Wacker Drive, Suite 3333
Chicago, IL  60601
**Facsimile:  312-357-0317**

Robert J. Mrizek, Esq. *[via electronic filing]* *
U.S. Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, IL  60661
**Facsimile:  312-353-8555**

Mona Papillon, Esq. *[pro hac vice] [via U.S. mail]*  **
U.S. Equal Employment Opportunity Commission
1801 L Street NW
Room 6040
Washington, DC  20507

g:\law\litigate\l23918\004.doc