IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **GERALD DIX,** <br><br>           Plaintiff, <br><br> v. <br><br> **CANADIAN NATIONAL RAILWAY, UNION PACIFIC RAILROAD, METRA RAILROAD, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** <br><br>           **Defendants.** | Case No. 08 C 4269 |

## NOTICE OF FILING

TO:   SEE ATTACHED SERVICE LIST

Please take notice that I have this day, August 25, 2008, e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Defendant Northeast Illinois Regional Commuter Railroad Corporation d/b/a Metra's **APPEARANCE**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Andrew L. Hughes, the attorney, certify that I filed this notice to be sent via electronic means and via U.S. Mail to those parties listed on the attached service list on the 25th day of August, 2008.

                                            MacCabe & McGuire

                                    By:   /s/ Andrew L. Hughes
                                            Attorneys for Defendant

Andrew L. Hughes, #6273477
MacCabe & McGuire
77 West Wacker Drive, Suite 3333
Chicago, Illinois 60606
Telephone: 312-357-2600
Fax: 312-357-0317

## Service List

Gerald Dix (via U.S. Mail)
9432 South Massasoit
Oak Lawn, Illinois 60453
Pro Se Plaintiff

Robert J. Mrizek, Esq. (via electronic filing and U.S. Mail)
U.S. Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois 60661

Mona Papillon, Esq. (via U.S. Mail)
U.S. Equal Employment Opportunity Commission
1801 L. Street NW
Room 6040
Washington, DC 20507

Daniel R. LaFave (via U.S. Mail and electronic filing)
Union Pacific Railroad Company
101 North Wacker Drive
Room 1920
Chicago, Illinois 60606