IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **GERALD DIX,**<br><br>Plaintiff,<br><br>v.<br><br>**CANADIAN NATIONAL RAILWAY, UNION PACIFIC RAILROAD, METRA RAILROAD, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Defendants. | Case No. 08 C 4269 |

## NOTICE OF MOTION

**TO:** SEE ATTACHED SERVICE LIST

On August 29, 2008, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Charles R. Norgle, in Room 2341 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and present the enclosed **NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA'S MOTION TO DISMISS**, at which time you may appear.

## CERTIFICATE OF SERVICE

I, Andrew L. Hughes, the attorney, certify that I filed this notice to be sent via electronic means and via U.S. Mail to those parties listed on the attached service list on the 26th day of August, 2008.

                                                          MacCabe & McGuire

                               By:    /s/ Andrew L. Hughes
                                             Attorneys for Defendant

Andrew L. Hughes, #6273477
MacCabe & McGuire
77 West Wacker Drive, Suite 3333
Chicago, Illinois 60606
Telephone: 312-357-2600
Fax: 312-357-0317

## Service List

Gerald Dix (via U.S. Mail)
9432 South Massasoit
Oak Lawn, Illinois 60453
Pro Se Plaintiff

Robert J. Mrizek, Esq. (via electronic filing and U.S. Mail)
U.S. Equal Employment Opportunity Commission
500 West Madison Street, Suite 2000
Chicago, Illinois 60661

Mona Papillon, Esq. (via U.S. Mail)
U.S. Equal Employment Opportunity Commission
1801 L. Street NW
Room 6040
Washington, DC 20507

Daniel R. LaFave (via U.S. Mail and electronic filing)
Union Pacific Railroad Company
101 North Wacker Drive
Room 1920
Chicago, Illinois 60606