IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| GERALD DIX,<br><br>     **Plaintiff,**<br><br>v.<br><br>**CANADIAN NATIONAL RAILWAY, UNION PACIFIC RAILROAD, METRA RAILROAD, EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>     **Defendants.** | Case No. 08 C 4269 |

## METRA'S MOTION TO DISMISS

Defendant, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA ("METRA") moves to dismiss the complaint pursuant to Rule 12 of the Federal Rules of Civil Procedure, and in support hereof, states:

1. Metra is a public corporation, organized under the Regional Transportation Authority Act, 70 ILCS 3615/1.01, 2.20 *et. seq.*, and operates trains on certain track in northeast Illinois.

2. Plaintiff claims he was injured on March 7, 2007 by virtue of a train incident, but he did not file this action in state court until June 26, 2008, more than one year from the date of the alleged tortious behavior described in the complaint. (A copy of the Complaint filed by Plaintiff in the Circuit Court of Cook County is attached hereto as Exhibit A. A copy of Metra's timely filed Motion to Dismiss is attached hereto as Exhibit B.)

3. Therefore, the one year statue of limitations under the RTA Act bars this action and mandates that it be dismissed as to Metra. 70 ILCS 3615/1.01, 5.03.

WHEREFORE, Defendant, Metra prays that this Court dismiss the Complaint, and for such relief as is deemed appropriate.

                                      MacCabe & McGuire

                            By:      /s/ Andrew L. Hughes
                                      Andrew L. Hughes
                                      Attorneys for Defendant,

Andrew L. Hughes, #6273477
MacCabe & McGuire
77 West Wacker Drive, Suite 3333
Chicago, Illinois 60601
Phone: 312-357-2600
Fax:  312-357-0317

2120 - Served    2220 - Not Served    2(    Sec. of State
2121 - Alias Served    2221 - Alias Not Served    2621 - Alias Sec. of State

**Small Claims Summons** (Claims not to exceed $10,000)    CCM N751 A-150M-9/15/06 (    )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
MUNICIPAL DEPARTMENT, _1st_ DISTRICT

**Name All Parties**

Gerald Dix
_____ Plaintiff(s)
v.
Union Pacific Railroad
_____ Defendant(s)
1400 Douglas St, Omaha NE 68
_____ Address of Defendant(s)

Case No. _SI Motor Vehicle_
Amount Claimed: $ _10,000.00_
*Return Date: _7-25-08_
Trial Date: _____
Time: _____ Room: _____

2008L301898
CALENDAR/ROOM 1501
TIME 09:30

Please serve as follows:    ☒ Certified Mail    ☐ Sheriff Service (Plaintiff check one)

SMALL CLAIMS SUMMONS
(IL Sup. Ct. Rules 281-288)

**To each Defendant:**

**YOU ARE SUMMONED and required:**

1. To file your written appearance by yourself or your attorney and pay the required fee in:

☒ District 1: Richard J. Daley Center; 50 West Washington, Room 602; Chicago, IL 60602
☐ District 2: 5600 Old Orchard Rd., Rm 136; Skokie, IL 60077    ☐ District 5: 10220 S. 76th Ave., Rm 121; Bridgeview, IL 60455
☐ District 3: 2121 Euclid, Rm 121; Rolling Meadows, IL 60008    ☐ District 6: 16501 S. Kedzie Pkwy., Rm 119; Markham, IL 60428
☐ District 4: 1500 Maybrook Dr., Rm 236; Maywood, IL 60153

on* _7-2-08_ , _____ , (Return Date)

**IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service, and not less than 3 days before the day for appearance. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 3 days before the day for appearance.

**THERE WILL BE A FEE TO FILE YOUR APPEARANCE. SEE FEES ON THE REVERSE SIDE OF THIS FORM.**

Atty. No.: _PRO SE-99500_    Pro Se 99500
Name: _Gerald Dix_
Atty. for: _____
Address: _9432 S Massasoit_
City/State/Zip: _Oak Lawn, IL 60453_
Telephone: _(708) 423-3216_

WITNESS, _____ JUN 2 1 2008 , _____

DOROTHY BROWN, Circuit Court Clerk

☐ Service by Certified Mail: _____ , _____
                                    (Date)
☐ Date of Service: _____ , _____
(To be inserted by officer on copy left with Defendant or other person)

*NOTICE TO PLAINTIFF: Not less than 14 or more than 40 days after issuance of Summons)    SEE REVERSE SIDE

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DUPLICATE ORIGINAL - FILE WITH SHERIFF'S OFFICE    Exhibit A

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

| | | |
|---|---|---|
| Gerald Dix, Plaintiff | ) | No.   20031301898 |
| | ) | CALENDAR/ROOM 1501 |
| v. | ) | TIME 09:30 |
| | ) | PI Motor Vehicle |
| | ) | Amount Claimed: $10,000.00 |
| Canadian National Railway, | ) | |
| Union Pacific Railroad, Metra Railroad, | ) | |
| Equal Employment Opportunity | ) | Return Date: 7-25-08 |
| Commission, Defendants | ) | |

## COMPLAINT

Plaintiff, Gerald Dix complaining of Defendants, Canadian National Railway hereinafter referred to as CN, Union Pacific Railroad hereinafter referred to as UP, Metra Railroad hereinafter referred to as Metra and the Equal Employment Opportunity Commission hereinafter referred to as EEOC alleges:

1. On March 7, 2007, Defendant CN was a railroad corporation duly organized and existing and operated trains of cars along rail lines designated as "Hawthorne Yard" in the City of Chicago, Cook County, Illinois.

2. On March 7, 2007, Defendant UP was a railroad corporation duly organized and existing and operated trains of cars along rail lines designated as "Hawthorne Yard" in the City of Chicago, Cook County, Illinois.

3. On March 7, 2007, Defendant Metra Railroad, as common carrier, owned operated, managed, and maintained a commuter rail train and all engines and cars of said train over certain railroad tracks owned, operated, managed, maintained and controlled by said Defendant across "Hawthorne Yard" in the City of Chicago, Cook County, Illinois.

4. On March 7, 2007, EEOC was a federal agency which controls and manages the hiring, promotion and termination of railroad employees.

5. At the time aforesaid, Plaintiff was a fare-paying passenger on Metra train 839 South on the rail line designated as Metra SouthWest Service.

6. At the time and place aforesaid, defendants CN, Metra and UP owed plaintiff the highest duty of care as they are common carriers by rail.

7. At the time and place aforesaid, the defendant EEOC owed plaintiff the highest duty of care to insure his employment opportunities.

8. At the time and place aforesaid, the defendants were negligent and breached its highest duty of care in one or more of the following respects:

a) CN carelessly and negligently operated, managed, maintained and controlled UP's locomotives so that as a direct and proximate result thereof UP's locomotives collided with the Metra locomotive in which Plaintiff was traveling.

b) CN operated and moved UP's locomotives from the Hawthorne Yard to an inclined section of rail near the intersection of Canal Street and Cermak Road in the City of Chicago. All of the relevant crewmembers employed by CN carelessly and negligently did not consider setting the hand brakes on UP's locomotives as required by the rules.

c) CN carelessly and negligently left UP's locomotives unattended with no hand brakes being set which allowed the UP locomotives to move in an uncontrolled manner until it collided with the Metra locomotive in which Plaintiff was traveling.

d) The conductor for CN, Kelvin Stovall (Stovall) who was in charge of the operation and administration of the UP locomotives, carelessly and negligently failed to instruct the other CN crew members to ensure the UP locomotives were secure from movement.

e) CN carelessly and negligently employed Stovall to manage, maintain and control UP locomotives at a time when CN knew or should have known that Stovall consumes cannabis and tested positive for Carboxy – THC (marijuana metabolite) soon after the aforesaid train collision.

f) CN carelessly and negligently permits its Engineers and Conductors to operate and control UP locomotives without adequate instruction and training.

g) UP carelessly and negligently permits untrained, unqualified and drug-addicted CN employees to operate and control its locomotives in the County of Cook and throughout the State of Illinois.

h) UP carelessly and negligently fails to provide important safety warnings within its locomotives pertaining to the operation and control of the locomotives including rules which will prevent the locomotive from moving in an uncontrolled manner.

i) Metra carelessly and negligently failed to notify the Plaintiff that untrained, unqualified and drug-addicted train Engineers and Conductors operate locomotives on the same rail line used by Metra SouthWest Service.

j) Metra carelessly and negligently failed to warn the Plaintiff of the impending collision between the train in which he was traveling and the UP locomotive moving in an uncontrolled manner on the same rail line despite the fact that Metra's Engineer had adequate warning of the collision.

k) Metra with malice intent refused to reimburse the Plaintiff for his medical treatment when one of its female employees who refused to disclose her name informed the Plaintiff that "You white men have enough already" to justify denying the Plaintiff's claim for his injuries.

l) EEOC with malice intent, controls the hiring, promotion and termination of railroad employees without regard to a person's knowledge skills and abilities to operate and control locomotives within the County of Cook and throughout the State of Illinois in violation of 610 ILCS 95/2 and 610 ILCS 95/3.

2

　　　m) As a direct or proximate cause of the EEOC control over the hiring, promotion and termination of railroad employees, unqualified, untrained and drug-addicted people operate and control locomotives in the County of Cook including the UP locomotive which collided with the Metra locomotive in which the Plaintiff was traveling.

　9. That as a direct and proximate result of one or more of the foregoing wrongful acts or omissions of the Defendants CN, UP, Metra and the EEOC, the Plaintiff, Gerald Dix, was then and there injured both internally and externally, and suffered a severe shock to Plaintiff's nervous system and bruises, contusions and lacerations to Plaintiff's body, and he became and was sick and disabled and suffered and will in the future suffer great pain and discomfort and physical impairment, all of which injuries are permanent; and he has lost and will in the future lose other great gains which he would have made and acquired; and he has been and will be kept from attending to ordinary affairs and duties, and has become liable for sums of money for medical and hospital care and attention.

　　WHEREFORE, Plaintiff, Gerald Dix, requests judgement against Defendants, CN, UP, Metra and EEOC, a sum of TEN THOUSAND DOLLARS ($10,000.00) plus the costs of this lawsuit

　I, Gerald Dix, certify that I am the plaintiff in the above entitled action. The allegations in this complaint are true.

Gerald Dix, pro se
9432 South Massasoit
Oak Lawn IL 60453
(708) 423-3946

Dated: June 26, 2008

*Gerald Dix*



CANA455   605 NSC 1 707C 22 07/06/08
NOTIFY SENDER OF NEW ADDRESS
:CANADIAN NATIONAL
17541 ASHLAND AVE
HOMEWOOD IL 60430-1339

CANADIAN NATIONAL RAILWAY
455 NORTH CITYFRONT PLAZA DR
CHGO IL

FORWARDED

CERTIFIED MAIL

7110 4397 3980 0030 2399

CLERK OF THE CIRCUIT COURT
1ST MUNICIPAL DISTRICT
P>O> BOX 4719
CHICAGO, IL 60680

FIRM CODE. 30800

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## MUNICIPAL DEPARTMENT, FIRST DISTRICT

| | |
|---|---|
| GERALD DIX,<br><br>                  Plaintiff,<br><br>v.<br><br>CANADIAN NATIONAL RAILWAY,<br>UNION PACIFIC RAILROAD, METRA<br>RAILROAD, EQUAL EMPLOYMENT<br>OPPORTUNITY COMMISSION,<br><br>                  Defendants. | Case No. 2008 M1 301898 |

### METRA'S MOTION TO DISMISS

Defendant, NORTHEAST ILLINOIS REGIONAL COMMUTER RAILROAD CORPORATION d/b/a METRA ("METRA") moves to dismiss the complaint pursuant to §2-619 of the Code of Civil Procedure, and in support hereof, states:

1. Metra is a public corporation, organized under the Regional Transportation Authority Act, 70 ILCS 3615/1.01, 2.20 *et. seq.*, and operates trains on certain track in northeast Illinois.

2. Plaintiff claims he was injured on March 7, 2007 by virtue of a train incident, but did not file this in court until June 26, 2008, more than one year from the date of the alleged tortious behavior described in the complaint. Therefore, the one year statue of limitations under the RTA Act bars this action and mandates that it be dismissed as to Metra. 70 ILCS 3615/1.01, 5.03.

WHEREFORE, Defendant, Metra prays that this Court dismiss the Complaint, and for such relief as is deemed appropriate.

MacCabe & McGuire

By: _____

Michael O. Vates

Attorneys For Defendant

Michael O. Vates
MacCabe & McGuire
77 West Wacker Drive, Suite 3333
Chicago, Illinois 60601
Phone: 312-357-2600

M Red 32-1009-256 NOTICE OF MOTION - Metra.doc

Exhibit B

FIRM CODE. 30800

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
### MUNICIPAL DEPARTMENT, FIRST DISTRICT

GERALD DIX,

    Plaintiff,

v.

Case No. 2008 M1 301898

CANADIAN NATIONAL RAILWAY,
UNION PACIFIC RAILROAD,
METRA RAILROAD, EQUAL
EMPLOYMENT OPPORTUNITY
COMMISSION,

    Defendants.

### NOTICE OF MOTION

TO:   Gerald Dix, pro se
       9432 South Massasoit
       Oak Lawn, IL 60453

On _8/4/08_ at _10:30_ a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Moira S. Johnson or other Judge presiding, in Room 1501 of the Richard J. Daley Center, Chicago, Illinois, and then and there present defendant **METRA'S MOTION TO DISMISS**, a copy of which is herewith served upon you.

### PROOF OF SERVICE BY MAIL

I, Michael O. Vates, the attorney, certify that I served this notice by mailing a copy to the above listed attorney at the above listed address by depositing same in the U.S. mail at 77 West Wacker Drive at 5:00 p.m. on July 24, 2008 with proper postage prepaid.

                            MacCabe & McGuire
                  By: _____
                            Michael O. Vates
                            Attorneys For Defendant

Michael O. Vates
MacCabe & McGuire
77 West Wacker Drive, Suite 3333
Chicago, Illinois 60601
Phone: 312-357-2600
M-Red 32-7 62-236 NOTICE OF MOTION - Metra