U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08-cv-4269 |
|---|---|

Gerald Dix

v.

Canadian National Railway et. al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Central and Pacific Railroad Company, incorrectly named as Canadian National Railway

| NAME (Type or print) |  |
|---|---|
| Andrew L. Hughes |  |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |  |
| s/ Andrew L. Hughes |  |
| FIRM |  |
| MacCabe & McGuire |  |
| STREET ADDRESS |  |
| 77 W. Wacker Drive, Suite 3333 |  |
| CITY/STATE/ZIP |  |
| Chicago, Illinois 60601-1634 |  |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6273477 | 312-357-2600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |  |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |  |