# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Gerald Dix

                      Plaintiff,

v.                                    Case No.: 1:08–cv–04269

                                    Honorable Charles R. Norgle Sr.

Canadian National Ry, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

      MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion to Enlarge Time to Answer or Otherwise Plead [10] is granted. Responses to Plaintiff's Motion to Remand[7] and METRA'S Motion to Dismiss[15] are due on or before 9/26/2008. Reply to responses are due on or before 10/10/2008. The August 29, 2008 notice of motions hearing date is stricken. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.